UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IRWIN INDUSTRIAL TOOL COMPANY )
d/b/a LENOX, )
      Plaintiff )
)
      v. ) C.A. 11-cv-30023-MAP
)
BIBOW INDUSTRIES, INC., ET AL., )
      Defendants )

### PRELIMINARY SCHEDULING ORDER

June 29, 2011

**PONSOR, D.J.**

Counsel appeared before this court on June 28, 2011 for argument on Defendant's Motion to Dismiss (Dkt. No. 9). For the reasons stated in open court, that motion has been denied.

Following ruling, the court took up a preliminary schedule for further proceedings in this case. Based on counsel's representations, the court orders as follows:

1. All automatic discovery will be exchanged by July 29, 2011.

2. On or before August 19, 2011, counsel will file a joint proposed scheduling order, based upon the timelines set forth in the Local Rules applicable to patent cases. In the event that counsel are unable to agree on a joint schedule, individual proposed schedules may be filed.

3. The timelines normally set forth in the Local Rules for patent cases are hereby suspended pending submission of the proposed scheduling order or orders.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge